# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CURTIS A. EVANS, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>PLUSONE SPORTS, LLC, *et al.*,<br>    Defendants. | Civil Action No. 1:15-cv-683-CMH-TCB |

## MOTION TO WITHDRAW APPEARANCE
## AND NOTICE TO DISCONTINUE NEF

Pursuant to E.D. VA. CIV. R. 83.1(G), the undersigned, Craig C. Reilly, seeks leave to withdraw as counsel for defendants, on the following grounds:

1.  The undersigned entered his appearance for defendants on June 24, 2015, by signing and filing the motion to dismiss as local counsel (Doc. 9).

2.  Defendants have now retained new Virginia counsel.

3.  On December 18, 2015, several members of the bar of this Court duly entered their appearances for defendants (Doc. 43, 44 & 45).

4.  Plaintiffs will not be prejudiced by this motion to withdraw, and defendants consent to this withdrawal.

5.  Upon entry of an order allowing his withdrawal, Craig C. Reilly seeks to have the Clerk discontinue Notice of Electronic Filings ("NEF") for this case.

WHEREFORE, the undersigned, Craig C. Reilly, seeks entry of an order granting him leave to withdraw as counsel for defendants, directing the Clerk of the Court to strike his appearance and to remove him from the CM/ECF service list in this matter, and directing all parties that he need not be served with any further pleadings, motions, or other papers in this matter.

Dated: December 18, 2015

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL: (703) 549-5354
FAX: (703) 549-5355
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for Defendants*

*Of Counsel for Defendants:*

Allen S. Rugg (VSB # 15481)
Christopher W. Henry
(*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
Telephone No.: (617) 646-8000
Facsimile No.: (617) 646-8646
Allen.Rugg@wolfgreenfield.com
Christopher.Henry@wolfgreenfield.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of December 2015, a true and correct copy of the foregoing pleading or paper was file and served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

           /s/ Craig C. Reilly
           Craig C. Reilly VSB # 20942
           111 Oronoco Street
           Alexandria, Virginia 22314
           TEL: (703) 549-5354
           FAX: (703) 549-5355
           EMAIL: craig.reilly@ccreillylaw.com
           *Counsel for Defendants*