IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| CURTIS A. EVANS AND WHIPGOLF, LLC | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:15-cv-683 |
| PLUSONE SPORTS, LCC AND ALEX VAN ALEN | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

For reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendants' Motion for Summary Judgment is GRANTED. It is further

ORDERED that Plaintiffs' Motion for Summary Judgment on Counterclaims 1, 2, 3, and 4 are DENIED as MOOT. It is further

ORDERED that Plaintiffs' Motion for Summary Judgment on Counterclaims 5, 6, and 7 are GRANTED, and this case is DISMISSED.

/s/ Claude M. Hilton

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 16, 2016