### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| **CURTIS A. EVANS and WHIPGOLF, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **C.A. No. 1:15-cv-000683** |
| | ) | |
| **PLUSONE SPORTS, LLC,** | ) | |
| **and ALEX VAN ALEN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that Curtis A. Evans and WhipGolf, LLC, who were plaintiffs and

counterclaim defendants in the above-captioned case, hereby appeal to the United States Court of

Appeals for the Fourth Circuit from the final judgment entered in this action on May 17, 2016.

DATED:  June 10, 2016                                    Respectfully submitted,


        /s/
Laurin H. Mills (VSB #79848)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
(703) 647-5903
(703) 647-5953 (fax)
Laurin.mills@leclairryan.com
Andrew.narod@leclairryan.com

*Attorney for Plaintiffs*
*Curtis A. Evans and WhipGolf , LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record who are registered with CM/ECF.

_____/s/_____
Laurin H. Mills