FILED: April 26, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1672 (L)
(1:15-cv-00683-CMH-TCB)

_____

CURTIS A. EVANS; WHIPGOLF, LLC

      Plaintiffs - Appellants

v.

PLUSONE SPORTS, LLC, a Massachusetts limited liability company; ALEX VAN ALEN

      Defendants - Appellees

_____

No. 16-1720
(1:15-cv-00683-CMH-TCB)

_____

CURTIS A. EVANS; WHIPGOLF, LLC

      Plaintiffs - Appellees

v.

PLUSONE SPORTS, LLC, a Massachusetts limited liabiilty company; ALEX VAN ALEN

      Defendants - Appellants

_____

# J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK